IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 11-cv-00324-ZLW

AZFAR J. ANWAR,

      Plaintiff,

v.

ALFRED A. ARRAJ COURTHOUSE,
DENVER FEDERAL BUREAU OF INVESTIGATION,
SOCIAL SECURITY ADMINISTRATION,
BOULDER COUNTY,
COLORADO STATE PAROLE BOARD,
WESTMINSTER PAROLE BOARD,
D.R.D.C.,
ADAMS COUNTY,
SAN CARLOS CORRECTIONAL FACILITY,
COLORADO MENTAL HEALTH INSTITUTE AT PUEBLO,
FT. LOGAN MENTAL HOSPITAL,
WASHINGTON COUNTY JAIL, and
ARAPAHOE COUNTY JAIL,

      Defendants.

_____

MINUTE ORDER

_____

ORDER ENTERED BY JUDGE ZITA LEESON WEINSHIENK

Dated: February __15__, 2011


     It is ORDERED that Plaintiff's Motion for Declatory [sic] Judgement [sic] (Doc. No. 4; Feb. 14, 2011) is denied without prejudice as premature.  No Defendant has been served in this action.