IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 11-cv-00324-ZLW

AZFAR J. ANWAR,

    Plaintiff,

v.

ALFRED A. ARRAJ COURTHOUSE,
DENVER FEDERAL BUREAU OF INVESTIGATION,
SOCIAL SECURITY ADMINISTRATION,
BOULDER COUNTY,
COLORADO STATE PAROLE BOARD,
WESTMINSTER PAROLE BOARD,
D.R.D.C.,
ADAMS COUNTY,
SAN CARLOS CORRECTIONAL FACILITY,
COLORADO MENTAL HEALTH INSTITUTE AT PUEBLO,
FT. LOGAN MENTAL HOSPITAL,
WASHINGTON COUNTY JAIL, and
ARAPAHOE COUNTY JAIL,

    Defendants.
_____

ORDER OF DISMISSAL
_____

    This Court entered an Order To Show Cause (Doc. No. 6) why this case should not be dismissed without prejudice for lack of subject matter jurisdiction. Plaintiff filed a

response[1] that did not address any of the jurisdictional concerns the Court had raised.[2]

Therefore, for the reasons given in the Order To Show Cause, it is

ORDERED that this action is dismissed without prejudice for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).

DATED at Denver, Colorado, this 23rd day of March, 2011.

BY THE COURT:

*Zita Leeson Weinshienk*
_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

---

[1] Plaintiff's response was filed four days after the deadline imposed by the Court.

[2] Plaintiff appears to argue that the Court should recuse because he has "filed civil litigation against Z.L.W. which creates conflict of interest." Response (Doc. No. 7; Mar. 11, 2011).  The Court finds that recusal is not warranted under 28 U.S.C. § 455(a). See Grismore v. United States, 564 F.2d 929, 933 (10th Cir. 1977) ("[a] judge is not disqualified merely because a litigant sues or threatens to sue him.").